UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAFINA SALAZAR, | |
| Plaintiff, | No. C-06-01300 MJJ (EDL) |
| v. | NOTICE OF CONTINUANCE <u>OF SETTLEMENT CONFERENCE</u> |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for March 7, 2007 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **March 8, 2007 at 9:00 a.m**.

On or before **February 27, 2007,** the parties shall deliver directly to the magistrate judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: February 13, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge