SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERAFINA SALAZAR, | ) |
| Plaintiff, | ) C-06-1300-MJJ |
| vs. | ) **STIPULATION OF DISMISSAL** |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the plaintiff and defendant, by and through their respective attorneys, that the above-captioned action is dismissed with prejudice.

DATED: August 2, 2007    SCOTT N. SCHOOLS
United States Attorney


/s/
EDWARD A. OLSEN
Assistant United States Attorney


DATED: August 2, 2007    /s/
STEPHEN CORNET
Attorney for Plaintiff

IT IS SO ORDERED

/s/ Martin J. Jenkins

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
8/13/07
DATE

STIPULATION OF DISMISSAL
C-06-1300-MJJ                 1